UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

U̲NITED̲ S̲TATES̲ O̲F̲ A̲MERICA̲,

    Plaintiff,

v.

A̲LLEN̲ F̲RANCIS̲ N̲UTTER̲, J̲R̲.,

    Defendant.
_____/

Hon. Robert J. Jonker

Case No. 1:18-cr-0004

## ORDER

This matter is before the Court on the government's motion for pretrial detention. The government sought defendant Allen Francis Nutter Jr.'s detention on the basis of that he poses a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a significant risk of flight, 18 U.S.C. § 3142(f)(2)(A). The Court conducted an evidentiary hearing on January 16, 2018, at which defendant was represented by counsel.

Having considered the evidence presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has met its burden of establishing by preponderant evidence that defendant poses a significant risk of flight and has proven by clear and convincing evidence that defendant poses a danger to the community. The Court finds, as explained on the record, that there

is no condition or combination of conditions that will assure the appearance of defendant and the safety of the community.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on January 17, 2018.

  /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge